UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KYLE VICTOR TOBIAS,

       Plaintiff,                             Case No. 24-10579

v.                                         Honorable Nancy G. Edmunds

ANNA MARIE ANZALONE, *et al.*,

       Defendants.

_____/

## JUDGMENT

In accordance with the Court's order entered this date,

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's complaint is DISMISSED, and this case is CLOSED.

       SO ORDERED.

                                              s/Nancy G. Edmunds
                                              Nancy G. Edmunds
                                              United States District Judge

Dated: April 2, 2024

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 2, 2024, by electronic and/or ordinary mail.

                                              s/Holly Ryan
                                              Case Manager